UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS JOSEPH CUTAIA,

    Petitioner,

vs.                                                  Case No. 6:08-cv-579-Orl-35DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This case is before the Court on Respondents' Motion to Dismiss (Doc. No. 21) the instant habeas petition for Petitioner's failure to exhaust his available state court remedies. Petitioner has filed a response to the motion to dismiss. (Doc. No. 23.)

Upon review, the Court finds that the petition presents claims that are currently pending in the state appellate court on direct appeal from Petitioner's convictions. As such, Petitioner's state court convictions are not yet final for purposes of federal habeas review. Petitioner should be aware that he has one year from the date on which his convictions become final by conclusion of direct review or the expiration of time for seeking such review to file a petition for writ of habeas corpus in the federal court. *See* 28 U.S.C. § 2244(d)(1)(A). Additionally, the time during which Petitioner's claims are pending in the state courts in a properly filed application for post-conviction relief or other request for collateral review is excluded from the one-year period of limitation. *See* 28 U.S.C. §

2244(d)(2). Therefore, the Court will dismiss this action without prejudice to give Petitioner the opportunity to complete the exhaustion requirements in the state courts. *See Rose v. Lundy*, 455 U.S. 509 (1982). The Court notes, however, that the dismissal without prejudice with regard to exhaustion does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d). Accordingly, it is now

**ORDERED:**

1. Respondents' Motion to Dismiss (Doc. No. 21) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this 19th day of November, 2008.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 11/12
Thomas Joseph Cutaia
Counsel of Record